IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40130
Conference Calendar

_____


MICHAEL LYNN BRADDEN,

                                        Plaintiff-Appellant,


versus

JAMES TURNER, Lieutenant; MARTIN MCDANIEL,
Lieutenant; FRED ARLINE, Captain;
ROBERT MORIN, Major,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:94-CV-650
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Michael Bradden, # 289786, a Texas prison inmate, has appealed the grant of summary judgment to the defendants in his civil rights action. There was no Eighth Amendment violation because the defendants' temporary inaction did not result in substantial harm to Bradden. See Mendoza v. Lynaugh, 989 F.2d 191, 195 (5th Cir. 1993).

---

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

JUDGMENT AFFIRMED.